# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

RACHETTA STEVENSON,

    Plaintiff,

v.

BROCK BLOUGH AND WYCO SERVICES, LLC

    Defendants.

5:23-cv-50-DCB-FKB

CIVIL ACTION NO. 23-11-PCS

## NOTICE OF REMOVAL

Brock Blough and Wyco Services, LLC, under 28 U.S.C. § 1332, hereby remove this cause to this Court and in support thereof states as follows:

1. On February 16, 2023, Plaintiff filed her Complaint against Defendants in the Circuit Court of Pike County, Mississippi. **Exhibit "A"**.

2. Plaintiff is a citizen of the State of Mississippi.

3. At the time of the filing of this lawsuit and at present, Brock Blough was a resident citizen of the State of Louisiana.

4. At the time of the filing of this lawsuit and at present, Wyco Services, LLC, was a foreign corporation organized under the laws of the State of Louisiana, and with its principal place of business in the State of Louisiana. Therefore, Wyco is a citizen of Louisiana.

5. There is complete diversity of citizenship.

6. Defendants answered the Complaint on April 14, 2023.

7. Defendants served discovery on Plaintiff on May 17, 2023, which included Requests for Admissions.

1

8. Because the amount in controversy was not facially apparent from the Complaint, Defendants requested Plaintiff admit or deny whether her claims exceeded $75,000.

9. The amount in controversy exceeds $75,000. Plaintiff answered Defendants' Requests for Admission on May 19, 2023, admitting that her claim exceeds $75,000 and that she is seeking a verdict in excess of $75,000. **Exhibit "B"**. Under 28 U.S.C. § 1446(b)(3), this case is now removable.

10. "[A] notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or **other paper** from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C.S. § 1446(b)(3).

11. Discovery responses, including responses to requests for admissions, constitute "other paper" within meaning of 28 USCS § 1446(b). *Jordan v. Barnhill's Buffet, Inc.*, No. 1:11CV72HSO-JMR, 2011 U.S. Dist. LEXIS 54609 at *6 (S.D. Miss. May 20, 2011).

12. This Court has jurisdiction under 28 U.S.C. § 1332 and may be removed to this Court under 28 U.S.C. § 1441.

13. Venue is proper in this district and division under 28 U.S.C. § 1446(a).

14. In compliance with 28 U.S.C. § 1446(a), there is attached **as Exhibit "C"** a true and correct copy of all process, pleadings and orders received by Defendants in the state court action.

15. A notice of filing of this Notice of Removal, together with a copy of this notice, will be filed with the Clerk of the Circuit Court of Pike County, Mississippi, and will be served on counsel for Plaintiff.

**WHEREFORE**, Defendants remove this action and pray that the action may proceed in this court.

Respectfully submitted this 31st day of May, 2023.

                        **BROCK BLOUGH AND WYCO SERVICES, LLC**

                        BY:    /s/ Paul P. Blake
                                 PAUL P. BLAKE

OF COUNSEL:

PAUL P. BLAKE, MSB# 102478
McAngus, Goudelock & Courie, LLC
Post Office Box 2955 (39158)
1020 Highland Colony Parkway, Suite 706
Ridgeland, Mississippi 3917
(601) 427-7517 (Direct)
(601) 510-9525 (Fax)
paul.blake@mgclaw.com
*Attorneys for Brock Blough and WyCo Services, LLC*

## CERTIFICATE OF SERVICE

I, Paul P. Blake, do hereby certify that I have this day via electronic mail, delivered a true and correct copy of the above and foregoing pleading to the following:

    William A. Graves, Esq., MSB 105679
    MORGAN & MORGAN, PLLC
    4450 Old Canton Rd, Suite 200
    Jackson, MS 39211
    Ph: (601) 718-0932
    Fax: (601) 718-2093
    wgraves@forthepeople,com

This the 31st day of May, 2023.

                                        /s/ Paul P. Blake
                                        PAUL P. BLAKE