IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RACHETTA STEVENSON,

    Plaintiff,

vs.                                          CAUSE NO. 5:23-cv-00050-DCB-FKB

BROCK BLOUGH AND WYCO
SERVICES, LLC,

    Defendants.

## AGREED ORDER OF DISMISSAL

This matter came to be heard on the joint motion of the parties requesting that this cause be dismissed with prejudice, and the Court having considered said motion is of the opinion and does find that said motion is well taken and should be sustained.

IT IS HEREBY ORDERED AND ADJUDGED, that all claims made or that could have been made in the above referenced civil action are hereby dismissed with prejudice with each party to bear their own costs.

SO ORDERED this the 15th day of December, 2023.

                                                           s/David Bramlette
                                                           HON. DAVID C. BRAMLETTE, III
                                                           U. S. DISTRICT COURT JUDGE

AGREED TO BY:

William A. Graves, MSB #105679
Brittney S. Eakins, MSB #105931
Morgan & Morgan, PLLC
4450 Old Canton Road, Suite 200
Jackson, Mississippi 39211
Telephone – 769.209.6446
Facsimile – 769.209.6546
wgraves@forthepeople.com
beakins@forthepeople.com
*Attorneys for Plaintiff*

Paul P. Blake, MSB #102478
McAngus, Goudelock & Courie, LLC
1020 Highland Colony Parkway, Suite 706
Ridgeland, Mississippi 39157
Telephone – 601.427.7517 (direct)
Facsimile – 601.510.9525
Paul.blake@mgclaw.com
*Attorney for Defendants*